UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-7643-MWF(KSx)**                              Dated: **December 13, 2021**

Title:      Jaydee Merana -*v*- FCA US LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [21] filed December 8, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for March 7, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk   rs
CIVIL - GEN